UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, III,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY, et al.,<br>Defendants. | No. 2:24-cv-02471 SCR<br><br>ORDER and<br>FINDINGS AND RECOMMENDATIONS |

Court order was served on plaintiff's address of record and returned by the postal service. Plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. More than thirty days have passed since the court order was returned by the postal service and plaintiff has failed to notify the Court of a current address.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court randomly assign this matter to a district court judge.

IT IS FURTHER RECOMMENDED that this action be dismissed without prejudice for failure to prosecute.[1] See Local Rule 183(b).

[1] The court's screening order, dated April 27, 2026, which was returned by the postal service, gave Plaintiff the option of proceeding on two cognizable claims or filing an amended complaint. Plaintiff was required to elect between those two options within 21 days of April 21. Plaintiff has not filed anything in the case in the intervening months.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 17, 2026

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE