UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDNEY ROSS DEEGAN, III,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY, et al.,<br>Defendants. | No. 2:24-cv-02471-TLN-SCR<br><br>**ORDER** |

On July 20, 2026, the magistrate judge assigned to this matter filed findings and recommendations which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 9.) Plaintiff has not filed objections to the findings and recommendations.

Although it appears that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 20, 2026 (ECF No. 9) are

ADOPTED in full; and

2. This action is dismissed without prejudice for failure to prosecute. *See* Local Rule 183(b).

IT IS SO ORDERED.

DATE: November 4, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE